STATE OF MISSISSIPPI *v.* JOHN WILLINGHAM ET AL.

APPEAL.  *Criminal case.  Right of state to.  Code* 1892, § 39.

> Under Code 1892, § 39, authorizing the state to appeal from designated judgments adverse to it in criminal cases, it is not authorized to appeal to the supreme court from a judgment discharging a defendant on the ground that the proof was insufficient to sustain a conviction, and an appeal by the state from such a judgment will be dismissed.

FROM the circuit court of Webster county.

HON. J. M. ARNOLD, Special Judge.

John Willingham, Preston Willingham, and John Norwood, the appellees, were indicted and tried on an indictment charging them with having unlawfully, knowingly, and willfully opposed and resisted an officer attempting to serve or execute a legal writ, contrary to Code 1892, § 1221.  When the state concluded its testimony, on motion of defendants the court excluded all of it as being insufficient to sustain a conviction, and defendants were discharged.  From this finding and judgment the state appealed to the supreme court.

[Counsel did not appear for either side.]

TRULY, J., delivered the opinion of the court.

At the conclusion of the testimony on behalf of the state the court sustained a motion to exclude.  From that ruling discharging the defendant the state prosecutes this appeal.  No question of law is presented by this record, but a decision of the court merely passing upon the sufficiency of the proof to sustain a conviction.  In such state of case there is no warrant of law for the taking of an appeal by the state, wherefore this appeal is

*Dismissed.*